27552. SMITH *v.* THE STATE.

DECIDED SEPTEMBER 19, 1939.

*William E. & W. Gordon Mann,* for plaintiff in error.
*J. H. Paschall, solicitor-general,* contra.

MacINTYRE, J. Where the only proof that one was in possession of an article prohibited by law (whisky) in Whitfield County,

Georgia, was by the testimony of a police officer that "I am a police officer in the City of Dalton. . . I was collecting street taxes at that time, and . . I went over there [to the defendant's house and found liquor]," there is no proof that the possession was in Whitfield County. Therefore the judgment is reversed for the reason that the State failed to sufficiently establish the venue. *Gibson* v. *State*, 52 *Ga. App.* 297 (183 S. E. 83), and cit.; *Whitfield* v. *State*, 51 *Ga. App.* 439 (180 S. E. 630); *Moye* v. *State*, 65 *Ga.* 754; *Cooper* v. *State*, 106 *Ga.* 119 (2) (32 S. E. 23). *Judgment reversed. Broyles, C. J., and Guerry, J., concur.*